UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK BANKS,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>CENTRAL INTELLIGENCE AGENCY, U.S. SENATE, and U.S. HOUSE OF REPRESENTATIVES, *et al.*,<br><br>　　　　Respondents. | Case No. 1:18-cv-01655-LJO-JDP<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS FRIVOLOUS HABEAS PETITION<br><br>ECF No. 2 |

　　　Petitioner Frederick Banks, a federal pretrial detainee without counsel, seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2241. The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　On December 6, 2018, the assigned Magistrate Judge entered findings and recommendations that the Court dismiss the petition as frivolous. ECF No. 2. On December 21, 2018, Petitioner filed his objections. ECF No. 3.

　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

　　　Accordingly, IT IS ORDERED that:

　　　1.　　The findings and recommendations issued by the magistrate judge on December 6, 2018, ECF No. 2, are adopted in full;

　　　2.　　Petition for writ of habeas corpus, ECF No. 1, is dismissed; and

3. The clerk of court is directed to enter judgment in favor of respondents and close the case.

IT IS SO ORDERED.

Dated:  **January 2, 2019**        **/s/ Lawrence J. O'Neill**
                                   UNITED STATES CHIEF DISTRICT JUDGE