## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**FREDERICK BANKS,**

CASE NO: **1:18–CV–01655–LJO–JDP**

v.

**CENTRAL INTELLIGENCE AGENCY,**

<u>XX</u> –– **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 01/03/2019**

**Marianne Matherly**
Clerk of Court

ENTERED:  **January 3, 2019**

by:  /s/  E. Flores
Deputy Clerk